**STATE of Missouri, Respondent,**

v.

**Erik WEEKLY, Appellant.**

**No. WD 53897.**

Missouri Court of Appeals, Western District.

April 7, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Erik M. Weekly appeals from his convictions in the Circuit Court of Jackson County for class A felony assault in the first degree, § 565.050, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994. In accordance with the jury's recommendation, Weekly was sentenced to concurrent terms of twenty and ten years in the Missouri Department of Corrections.

The judgment is affirmed. Rule 30.25(b).